# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    **NOTICE OF APPEARANCE**
                                        Plaintiff,

v.

ZUYA W. THUNDER HAWK,                    Case No:  10 MJ 201 (JJG)
                                        Defendant.

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies

the Court and counsel that Andrew H. Mohring shall appear as appointed counsel of

record for the above named defendant in this case.

Dated:   May 25, 2010                    *s/Andrew H. Mohring*
                                         Andrew H. Mohring
                                         Attorney ID No. 190731
                                         Attorney for Defendant
                                         Office of the Federal Defender
                                         107 U.S. Courthouse
                                         300 South Fourth Street
                                         Minneapolis, MN 55415